IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY BLADDICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:09-CV-0030-WDS-DGW |
| ) | |
| The City of St. Louis, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is the parties' Motion for Joint Protective Order (Doc. 61), filed on December 12, 2009.  In accordance with Federal Rule of Civil Procedure 26(c), the Court finds there is a good cause to enter an order protecting the parties' confidential information. Wherefore, the Court hereby **GRANTS** the parties' Motion for Joint Protective Order. The parties are reminded that should any disputes arise regarding the scope or application of this protective order*,* they are required to contact the Court before filing a motion.

**IT IS HEREBY ORDERED:**

1. As used in this Order, CONFIDENTIAL MATERIAL shall mean and refer to the following:

   A. Copies of any investigation, including any reports or witness interviews as part of such investigation, and any results of such investigation, of the incident that occurred on November 9, 2008 that is the subject of the complaint.

   B. Copies of audio tape recordings, including any 911 tapes, which relate to the incident that is the subject of the complaint.

      C.      Copies of any personnel records of any St. Louis Metropolitan police officer.

      D.      Copies of the training curriculum provided to officers of the St. Louis Metropolitan Police Department.

      E.      Copies of materials produced to the State or by the State in connection with People v. Pour.

2.      All CONFIDENTIAL MATERIAL shall be retained only in the custody of the respective counsel of record, who shall be responsible for restricting disclosure in accordance with provisions of this Order.  Specifically, counsel of record shall retain all CONFIDENTIAL MATERIAL within the confines of their personal offices except as is necessary to conduct the present litigation.

3.      All CONFIDENTIAL MATERIAL and the facts and information in the CONFIDENTIAL MATERIAL shall not be disclosed to any person except as specifically provided for below.

4.      All CONFIDENTIAL MATERIAL shall be designated as CONFIDENTIAL MATERIAL by marking the words "CONFIDENTIAL MATERIAL" or some similar phrase on the face of the documents.

5.      Access to CONFIDENTIAL MATERIAL shall be limited to plaintiff, defendants, counsel of record for the respective parties to this action and regular employees and law clerks of said counsel who are assisting in the prosecution of this litigation, expert witnesses identified by plaintiff, consulting experts, and appropriate court personnel in the regular course of litigation.

6.      Disclosure of the CONFIDENTIAL MATERIAL to the plaintiff, defendants, and/or to any other persons other than counsel of record in accordance with the terms of this

Protective Order must be accompanied by a copy of this Protective Order, and counsel must inform said person(s) of the terms of this Protective Order, and said person(s) agrees to be bound by its terms.

7. It if becomes necessary to submit CONFIDENTIAL MATERIAL to the Court in connection with any filings or proceedings in this litigation, the party using it shall move the Court to file such CONFIDENTIAL MATERIAL under seal with the Clerk of the Court.

8. Nothing in this Order shall be construed to restrict the use or disclosure of any documents which a party or non-party shall have acquired from independent sources.

9. Upon final conclusion of this litigation, counsel to whom CONFIDENTIAL MATERIAL has been disclosed shall return such CONFIDENTIAL MATERIAL, (and all copies thereof and all other papers containing such CONFIDENTIAL MATERIAL) to the party who produced it, or take measures to destroy copies of said CONFIDENTIAL MATERIAL.

10. This Order may be modified or amended by agreement of the parties or upon further Order of the Court.

**DATED:  July 22, 2010**

                        *s/ Donald G. Wilkerson*
                        **DONALD G. WILKERSON**
                        **United States Magistrate Judge**