```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY BLADDICK,              )
                               )
     Plaintiff,                )
                               )
v.                             )   No. 09-330-WDS
                               )
BRYAN POUR, TODD H. EPSTEN,    )
BETTYE BATTLE-TURNER,          )
VINCENT J. BOMMARITO, JULIUS   )
K. HUNTER, FRANCIS G. SLAY,    )
DAVID R. HEATH,                )
THE CITY OF ST. LOUIS,         )
a municipal corporation,       )
and MAC & MICK'S               )
SPORTS BAR & GRILL INC.,       )
a corporation,                 )
                               )
     Defendants.               )
```

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, by and through his attorneys, THOMAS Q. KEEFE, JR., P.C., and - with the consent of all parties - hereby informs the Court that, as of this date, the parties have reached a settlement. The parties request the Court enters a 60-Day Order, to govern until the agreement may be formalized and executed.


/s/Thomas Q. Keefe, III
Thomas Q. Keefe, III
IL. Reg. No. 6294376
Attorney for Plaintiff


/s/Michael D. Schwade (w/consent)
Michael D. Schwade
IL. Reg. No. 6300811
Attorney for Defendant
Bryan Pour

<u>/s/Robert J. Isaacson (w/consent)</u>
Robert J. Isaacson
Reg. No. 38361
Attorney for Defendants
Todd Epsten, Bettye Battle-Turner,
Vincent Bommarito, Julius Hunter,
and David Heath

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

JEFFREY BLADDICK,                )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    No. 09-330-WDS
                                 )
BRYAN POUR, TODD H. EPSTEN,      )
BETTYE BATTLE-TURNER,            )
VINCENT J. BOMMARITO, JULIUS     )
K. HUNTER, FRANCIS G. SLAY,      )
DAVID R. HEATH,                  )
THE CITY OF ST. LOUIS,           )
a municipal corporation,         )
and MAC & MICK'S                 )
SPORTS BAR & GRILL INC.,         )
a corporation,                   )
                                 )
     Defendants.                 )

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2012, I electronically filed NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Albert S. Watkins
Mr. Michael D. Schwade
Attorneys at Law
The Bank of America Building
7800 Forsyth Blvd., Suite 700
Clayton, MO 63105
Albertwatkins@kwmwlaw.com
mschwade@kwmwlaw.com

Mr. Robert J. Isaacson
Assistant Attorney General
Old Post Office Building
815 Olive, Suite 200
St. Louis, MO 63101
314/340-7861 (ph)
314/340-7029 (fx)
Robert.isaacson@ago.mo.gov

                                        Respectfully submitted,

                                        <u>/s/Thomas Q. Keefe, III</u>
                                        THOMAS Q. KEEFE, III
                                        IL Reg. No. 6294376
                                        Attorney for the Plaintiff

**THOMAS Q. KEEFE, JR., P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**